# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 26, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0552.  LIZZETTE ALEXIS v. MICHAEL SHAW et al.**

Michael and Antonia Shaw purchased property at a tax sale. After Lizzette Alexis failed to exercise a right of redemption, the Shaws filed a quiet title action. The Shaws moved for summary judgment, which the trial court granted. Alexis appealed the trial court's ruling to this Court. We, however, lack jurisdiction.

The Supreme Court has original appellate jurisdiction over cases involving title to land. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III. Because Alexis's appeal implicates title to land, jurisdiction over this matter lies in the Supreme Court. See *Tharp v. Harpagon* Co., 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____03/26/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*